IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Gretchen S. Waddell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:13-cv-2806-MGL |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed November 20, 2014. *See* 28 U.S.C. § 2412. Plaintiff seeks an award of $7,147.14 in attorney's fees. The Defendant filed a Response on December 8, 2014, in which she notified the Court that she did not object to Plaintiff's motion for fees under the EAJA for the above-stated amount.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, this Court directs fees be payable to the Plaintiff. Accordingly,

IT IS ORDERED that the Plaintiff's motion pursuant to the EAJA in the amount of $7,147.14 for attorney's fees be granted

s/ Mary G. Lewis
Mary G. Lewis
United States District Judge

December 9, 2014